# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

DOROTHY CLEGG,

                **Plaintiff,**

       **v.**                                  Civil No. 01-6297-TC

UNIVERSITY OF OREGON, et al,

                **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: November 14, 2001.

                        Donald M. Cinnamond, Clerk

                    by
                          L. Brinn, Deputy

**JUDGMENT**